

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

October 22, 2020

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Smith v. Paul A. Castrucci, Architects, PLLC (1:20-cv-3176-JGK)*

Dear Judge Koeltl,

We represent Plaintiff, Byron Smith, in the above in-captioned case. Plaintiff respectfully requests an additional 30 days to serve Defendant. It was an administrative oversight that the Defendant has not been served. We respectfully request that the initial conference scheduled for October 28, 2020 be adjourned 45 days. We apologize to the court for this oversight.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff*

Application granted.
October 28, 2020 conference adjourned to November 24, 2020 at 3:30 P.M.
So ordered.
10/23/20   John G. Koeltl U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2020

Liebowitz Law Firm, PLLC