

# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

November 20, 2020

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Smith v. Paul A. Castrucci, Architects, PLLC (1:20-cv-3176-JGK)*

Dear Judge Koeltl,

We represent Plaintiff, Byron Smith, in the above in-captioned case. Defendant has yet to respond to the complaint or appear in the case. We respectfully request that the initial conference scheduled for November 24, 2020 be adjourned. Plaintiff will file it default motion by January 8, 2021.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-23-20

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

11/20/20

Liebowitz Law Firm, PLLC