```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

BYRON SMITH,

                    Plaintiff,

    - against -

PAUL A. CASTRUCCI, ARCHITECTS, PLLC,

                    Defendant.

―――――――――――――――――――――――――――――――――

20-cv-3176 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

By Order dated February 23, 2021, the Court directed the defendant to show cause by March 5, 2021 why a default judgment should not be entered against the defendant. The defendant failed to respond. The Clerk had entered a certificate of default on January 5, 2021. Therefore, the plaintiff is entitled to a default judgment against the defendant. The case is referred to the Magistrate Judge for an inquest to determine the appropriate judgment to be entered.

**SO ORDERED.**

Dated:    New York, New York
            March 9, 2021

                                       /s/ John G. Koeltl
                                           John G. Koeltl
                                     **United States District Judge**