**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BYRON SMITH,

                Plaintiff,

                20 **CIVIL** 3176 (JGK)

      -against-              **DEFAULT JUDGMENT**

PAUL A. CASTRUCCI, ARCHITECTS, PLLC,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated March 11, 2021, Judgment is entered in favor of plaintiff and against the defendant in the amount of $2,120 consisting of $1,680 in damages and $440 in costs; accordingly, this case is closed.

**DATED**: New York, New York
         March 11, 2021

                                          **RUBY J. KRAJICK**
                                            _____
                                              **Clerk of Court**
                                          BY: _____
                                                 **Deputy Clerk**